1
2
3
4                                                           JS-6
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10   THOMAS E. PEREZ,                    )  Case No. CV 14-3911-JAK-AGRx
         Secretary of Labor,             )
11       United States Department of Labor, )
                                         )
12                          Plaintiff,   )
                                         )
13   v.                                  )
                                         )  **CONSENT JUDGMENT AND**
14   SCOTT BRAIN, et al.                 )  **ORDER WITH DEFENDANTS**
                           Defendants.   )  **DAVID ALLEN, JAIME BARTON,**
15                                       )  **FRANK CROUCH, MARCOS**
                                         )  **ENRIQUEZ, PHIL SALERNO,**
16                                       )  **MAC TARROSA, BILLY LUJAN,**
                                         )  **ENRICO PRIETO, SCOTT BERG,**
17                                       )  **LARRY NODLAND, JESSE**
                                         )  **MENDEZ, FITZGERALD**
18                                       )  **JACOBS, CEMENT MASONS**
                                         )  **SOUTHERN CALIFORNIA**
19                                       )  **ADMINISTRATIVE**
                                         )  **CORPORATION, ROBERT**
20                                       )  **NORLING , ZENITH AMERICAN**
                                         )  **SOLUTIONS, BILL LEE, the**
21                                       )  **CEMENT MASONS SO. CAL.**
                                         )  **HEALTH AND WELFARE FUND**
22                                       )  **TRUST, the CEMENT MASONS**
                                         )  **SO. CAL. PENSION TRUST, the**
23                                       )  **ELEVEN COUNTIES CEMENT**
                                         )  **MASONS VACATION SAVINGS**
24                                       )  **PLAN TRUST, the CEMENT**
                                         )  **MASONS JOINT**
25                                       )  **APPRENTICESHIP TRUST, and**
                                         )  **the CEMENT MASONS SO. CAL.**
26                                       )  **INDIV. RETIREMENT ACCOUNT**
                                         )  **DEFINED CONTRIBUTION**
27   _____    **TRUST**
28

1

2       Plaintiff THOMAS E. PEREZ, Secretary of Labor, United States Department of

3   Labor (the "Secretary"), pursuant to his authority under Sections 502(a)(2) and (5) of the

4   Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C.

5   §§ 1132(a)(2) and (5), has filed a Complaint, First Amended Complaint and Second

6   Amended Complaint (collectively "Complaint") against DAVID ALLEN, JAIME

7   BARTON, FRANK CROUCH, MARCOS ENRIQUEZ, PHIL SALERNO, MAC

8   TARROSA, BILLY LUJAN, ENRICO PRIETO, SCOTT BERG, LARRY NODLAND,

9   JESSE MENDEZ, FITZGERALD JACOBS, ZENITH AMERICAN SOLUTIONS,

10  BILL LEE, the CEMENT MASONS SO. CAL. HEALTH AND WELFARE FUND

11  TRUST, the CEMENT MASONS SO. CAL. PENSION TRUST, the ELEVEN

12  COUNTIES CEMENT MASONS VACATION SAVINGS PLAN TRUST, the

13  CEMENT MASONS JOINT APPRENTICESHIP TRUST, the CEMENT MASONS

14  SO. CAL. INDIV. RETIREMENT ACCOUNT DEFINED CONTRIBUTION TRUST[1]

15  (collectively "Settling Defendants"), CEMENT MASONS SOUTHERN CALIFORNIA

16  ADMINISTRATIVE CORPORATION and ROBERT NORLING, among others.  The

17  Settling Defendants have answered the Complaint and have admitted to the jurisdiction

18  of this Court over them and the subject matter of this action.  The Parties expressly

19  waive Findings of Fact and Conclusions of Law.

20      The Secretary and Settling Defendants (collectively "Parties") have agreed to

21  resolve all matters in controversy in this action between them and said Parties do now

22  consent to entry of this Consent Judgment and Order by this Court in accordance

23  therewith.  The Parties further agree that this Consent Judgment and Order shall fully

24  _____

25  [1] The CEMENT MASONS SO. CAL. HEALTH AND WELFARE FUND TRUST, THE CEMENT
    MASONS SO. CAL. PENSION TRUST, THE ELEVEN COUNTIES CEMENT MASONS

26  VACATION SAVINGS PLAN TRUST, THE CEMENT MASONS JOINT APPRENTICESHIP
    TRUST, AND THE CEMENT MASONS SO. CAL. INDIV. RETIREMENT ACCOUNT DEFINED

27  CONTRIBUTION TRUST (collectively referred to as the "Southern California Cement Masons Trust
    Funds") are named as Defendants pursuant to Rule 19(a) of the Federal Rules of Civil Procedure, solely

28  to ensure that complete relief can be granted.

settle all claims of the Secretary asserted against them, and them only, in the Complaint filed in this matter.  Settling Defendants neither admit nor deny the allegations alleged in the Complaint or contained herein.  Upon consideration of the record herein, and as agreed to by the Parties, the Court finds that it has jurisdiction to enter this Consent Judgment and Order.

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:**

1.      Defendants DAVID ALLEN, JAIME BARTON, FRANK CROUCH, MARCOS ENRIQUEZ, PHIL SALERNO, MAC TARROSA, BILLY LUJAN, ENRICO PRIETO, SCOTT BERG, LARRY NODLAND, JESSE MENDEZ, FITZGERALD JACOBS, ZENITH AMERICAN SOLUTIONS, and BILL LEE shall, within thirty days from the entry of this Consent Judgment and Order by this Court, pay the sum of $630,000, less lawful deductions, to Cheryle Ann Robbins, Cory Rice and Louise Bansmer and judgment is hereby entered against them jointly and severally in such amount.  Payments shall be made as follows:

a.      Cheryle Ann Robbins shall be paid $400,000 as lost wages, less regular lawful payroll deductions such as income tax withholdings and Social Security contributions;

b.      Cory Rice shall be paid $56,000 as lost wages, less regular lawful payroll deductions such as income tax withholdings and Social Security contributions; and

c.      Louise Bansmer shall be paid $174,000, $67,000 as lost wages and $107,000 as consequential damages in the form of lost Social Security benefits, less regular lawful payroll deductions such as income tax withholdings and Social Security contributions.

d.      Any actions taken by the Defendants to assure proper reporting of these payments to local, state and federal taxing authorities and/or the California Employment Development Department shall not be viewed by the Secretary as being retaliatory or in violation of any legal duty.

e.      Defendants SOUTHERN CALIFORNIA CEMENT MASONS TRUST FUNDS and ZENITH AMERICAN SOLUTIONS shall ensure that both the employee and the employer portion of payroll taxes or payments are paid and any Social Security Administration forms necessary are filed to ensure that the backpay portion of the award is allocated to the appropriate calendar periods in which Cheryle Ann Robbins, Cory Rice and Louise Bansmer would have earned the compensation.  See IRS Publication 957: Reporting Back Pay and Special Wage Payments to the Social Security Administration.

f.      Proof of payments required under this paragraph must be submitted within fifteen days of when such payments are made and shall be provided to:

Regional Director

U.S. Department of Labor

Employee Benefits Security Administration

1055 E. Colorado Blvd., Suite 200

Pasadena, CA 91106-2357

2.      In addition to the payment to Cheryle Ann Robbins required under Paragraph 1(a), within sixty days from the entry of this Consent Judgment and Order by this Court, Defendants, JAIME BARTON, MARCOS ENRIQUEZ, PHIL SALERNO, MAC TARROSA, BILLY LUJAN, ENRICO PRIETO, SCOTT BERG, LARRY NODLAND JESSE MENDEZ, and FITZGERALD JACOBS shall bring a Motion before the Joint Board of the Southern California Cement Masons Trust Funds to accept the recommendation of the Pension Committee to the Cement Masons So. Cal. Pension Trust made on April 16, 2015 to credit Cheryle Ann Robbins' pension account with service credits ("Service Credits") for the period May 1, 2012 through and including June 30, 2016 as settlement of this lawsuit.  The Motion shall read as follows: "CEMENT MASONS SO. CAL. HEALTH AND WELFARE FUND TRUST, CEMENT MASONS SO. CAL. PENSION TRUST, CEMENT MASONS JOINT

APPRENTICESHIP TRUST and CEMENT MASONS SO. CAL. INDIV. RETIREMENT ACCOUNT DEFINED CONTRIBUTION TRUST will each contribute its share of $65,000 (in relative overhead percentages) to CEMENT MASONS SO. CAL. PENSION TRUST to be used to grant Service Credits to Cheryle Ann Robbins of four years and two months under the Pension Plan sponsored by CEMENT MASONS SO. CAL. PENSION TRUST and CEMENT MASONS SO. CAL. PENSION TRUST will grant her that credit." The Secretary affirms that such a vote by the Joint Board to award Cheryle Ann Robbins Service Credits as referenced in this paragraph shall not be considered by the Secretary as a breach of fiduciary duty under ERISA by any voting Trustee of the Southern California Cement Masons Trust Funds.

3.    In consideration of payments and credits required under Paragraphs 1 and 2, the Secretary shall not seek further payments or monies from Defendants DAVID ALLEN, JAIME BARTON, FRANK CROUCH, MARCOS ENRIQUEZ, PHIL SALERNO, MAC TARROSA, BILLY LUJAN, ENRICO PRIETO, SCOTT BERG, LARRY NODLAND, SCOTT BRAIN, JAIME BRICENO, FITZGERALD JACOBS, JESSE MENDEZ, ZENITH AMERICAN SOLUTIONS, BILL LEE, and ROBERT NORLING in this matter.  The Secretary's monetary claims against Defendants SCOTT BRAIN and JAIME BRICENO shall be deemed satisfied while the rest of the Secretary's claims against these and other defendants not included in this Consent Judgment and Order are wholly unaffected.

4.    All Settling Defendants except for ZENITH AMERICAN SOLUTIONS and BILL LEE are permanently enjoined and restrained from violating the provisions of Title I of ERISA, 29 U.S.C. §§ 1001-1191c.

5.    Defendant ZENITH AMERICAN SOLUTIONS and BILL LEE are permanently enjoined and restrained from violation Section 510 of ERISA, 29 U.S.C. § 1140.

6.    Settling Defendants specifically recognize that employees, trustees, administrators, union members, union staff and officers, participants and beneficiaries of

the Cement Masons Trust Funds, and others have an absolute right to participate in a Department of Labor investigation, report conduct to the Department of Labor that they believe violates ERISA, 29 U.S.C. §§ 1001-1191c, and report conduct internally that they believe violates ERISA,  29 U.S.C. §§ 1001-1191c, and Settling Defendants are permanently enjoined and restrained from discriminating and/or retaliating against anyone who exercises any of these absolute rights.

7.     Within sixty days following the entry of this Consent Judgment and Order by this Court, Defendants DAVID ALLEN, JAIME BARTON, FRANK CROUCH, MARCOS ENRIQUEZ, PHIL SALERNO, MAC TARROSA, BILLY LUJAN, ENRICO PRIETO, SCOTT BERG, LARRY NODLAND, JESSE MENDEZ and FITZGERALD JACOBS shall each complete eight hours of education and training on the duties and responsibilities of fiduciaries and trustees to ERISA-covered plans, including education and training on ERISA Section 510, 29 U.S.C. § 1140.  Such training shall be provided by the Secretary.

8.     Within fifteen days following the entry of this Consent Judgment and Order by this Court, Defendants JAIME BARTON, MARCOS ENRIQUEZ, PHIL SALERNO, MAC TARROSA, BILLY LUJAN, ENRICO PRIETO, SCOTT BERG, LARRY NODLAND, JESSE MENDEZ, FITZGERALD JACOBS and ROBERT NORLING shall bring a Motion before the Joint Board of Trustees to pass a resolution requesting Scott Brain voluntarily resign from all trustee positions he holds.  While Defendants DAVID ALLEN and FRANK CROUCH are not currently Trustees on the Joint Board of Trustees, they support the resolution.

9.     Defendants DAVID ALLEN, JAIME BARTON, FRANK CROUCH, MARCOS ENRIQUEZ, PHIL SALERNO, MAC TARROSA, BILLY LUJAN, ENRICO PRIETO, SCOTT BERG, LARRY NODLAND, JESSE MENDEZ, FITZGERALD JACOBS and ROBERT NORLING make the following statement as part of this Consent Judgment and Order: "Based on what we now know and understand regarding the circumstances surrounding the vote to place Cheryle Robbins on paid

administrative leave on November 18, 2011, it is apparent that such actions were taken by some of the defendants because Cheryle Robbins cooperated with a Department of Labor investigation into potential violations of the Employee Retirement Income Security Act ("ERISA") by Scott Brain or because she participated in an effort to complain about conduct by Scott Brain that she believed was unlawful, in violation of section 510 of ERISA and that such actions ultimately lead to Ms. Robbins not being hired by Zenith when the Administrative Corporation dissolved and all employees were terminated and all employees were hired by Zenith except Ms. Robbins."

10.     Within sixty days following the entry of this Consent Judgment and Order by this Court, all employees of Defendant ZENITH AMERICAN SOLUTIONS in Arcadia, California, including Defendant BILL LEE shall each complete one to two hours of education and training on ERISA Section 510, 29 U.S.C. § 1140.  Such training shall be provided by the Secretary.

11.     Within thirty days following the entry of this Consent Judgment and Order by this Court, Defendant ZENITH AMERICAN SOLUTIONS shall provide all of its employees located in California a notice of rights under ERISA Section 510, 29 U.S.C. § 1140.  A copy of the notice is attached as Exhibit A.

12.     The Secretary seeks no remedy from Defendants CEMENT MASONS SO. CAL. HEALTH AND WELFARE FUND TRUST, the CEMENT MASONS SO. CAL. PENSION TRUST, the ELEVEN COUNTIES CEMENT MASONS VACATION SAVINGS PLAN TRUST, the CEMENT MASONS JOINT APPRENTICESHIP TRUST, or the CEMENT MASONS SO. CAL. INDIV. RETIREMENT ACCOUNT DEFINED CONTRIBUTION TRUST and such Defendants shall not be required to further participate in this litigation except if ordered by the Court as deemed necessary to ensure that complete relief in this matter can be granted.  See Rule 19(a) of the Federal Rules of Civil Procedure.

13.     Within 15 days following the entry of this Consent Judgment and Order, Defendant ROBERT NORLING shall bring a Motion before the Joint Board of the

1    Southern California Cement Masons Trust Funds calling for the adoption of an

2    investigation procedure previously agreed on by the Secretary and Defendant ROBERT

3    NORLING.  Defendants JAIME BARTON, MARCOS ENRIQUEZ, PHIL SALERNO,

4    MAC TARROSA, BILLY LUJAN, ENRICO PRIETO, SCOTT BERG, LARRY

5    NODLAND, JESSE MENDEZ and FITZGERALD JACOBS shall support the Motion.

6        14.    In consideration of the relief provided under this Consent Judgment and

7    Order, and specifically Paragraph 13, and pursuant to Federal Rule of Civil Procedure

8    41(a)(2), the Secretary, the Settling Defendants and Defendant CEMENT MASONS

9    SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION request this Court

10   dismiss Defendant ROBERT NORLING from this action with prejudice.

11       15.    In consideration of the relief provided under this Consent Judgment and

12   Order and the fact that Defendant CEMENT MASONS SOUTHERN CALIFORNIA

13   ADMINISTRATIVE CORPORATION is no longer an ongoing concern, pursuant to

14   Federal Rule of Civil Procedure 41(a)(2), the Secretary, the Settling Defendants and

15   Defendant ROBERT NORLING request this Court dismiss Defendant CEMENT

16   MASONS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION from

17   this action.

18       16.    Settling Defendants, Defendants CEMENT MASONS SOUTHERN

19   CALIFORNIA ADMINISTRATIVE CORPORATION and ROBERT NORLING each

20   expressly waive any and all claims of any nature which they may have against the

21   Secretary, the United States Department of Labor, or any of its officers, agents,

22   attorneys, employees or representatives, arising out of, or in connection with, the

23   allegations contained in the Complaint in this action, any other proceedings or

24   investigation incident thereto, or based on the Equal Access to Justice Act, as amended.

25       17.    The Parties, Defendants CEMENT MASONS SOUTHERN CALIFORNIA

26   ADMINISTRATIVE CORPORATION and ROBERT NORLING shall each bear their

27   own costs, expenses, and attorney's fees incurred to date in connection with any stage of

28

this proceeding, including but not limited to attorney's fees which may be available under the Equal Access to Justice Act, as amended.

18.     Nothing in this Consent Judgment and Order is binding on any governmental agency other than the United States Department of Labor, Employee Benefits Security Administration.

19.     The parties understand and agree that this Consent Judgment does not include a finding of liability on the part of the Settling Defendants and/or Norling and for that reason cannot be used as means to establish liability in any other proceeding.

20.     This Court retains jurisdiction over the Settling Defendants and over this action for purposes of enforcing compliance with the terms of this Consent Judgment and Order.

21.     By signing their names to this Consent Judgment and Order, the Parties, Defendants CEMENT MASONS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION and ROBERT NORLING each represent that they are informed and understand the effect and purpose of this Consent Judgment and Order.

22.     Any person signing this Consent Judgment and Order on behalf of a party expressly acknowledges and represents that he or she has the authority to sign for, and legally bind, that party.

23.     This Consent Judgment and Order may be executed in counterparts, each of which shall be deemed to be an original, but all of which, taken together, shall constitute one and the same instrument.

The Court directs the entry of this Consent Judgment and Order as a final order.

IT IS SO ORDERED.

Dated:  August 24, 2015

_____

United States District Judge

For the Defendants:

_____     _____
DAVID ALLEN                          Date 7/29/2015

_____     _____
JAIME BARTON                         Date

_____     _____
FRANK CROUCH                         Date

_____     _____
MARCOS ENRIQUEZ                      Date

_____     _____
PHIL SALERNO                         Date

_____     _____
MAC TARROSA                          Date

_____     _____
BILLY LUJAN                          Date

_____     _____
ENRICO PRIETO                        Date

_____     _____
SCOTT BERG                           Date

**(PROPOSED) CONSENT JUDGMENT & ORDER**                    **Page 10 of 13**

For the Defendants:


_____          _____
DAVID ALLEN                            Date


_____          ____7/29/15_____
JAIME BARTON                           Date


_____          _____
FRANK CROUCH                           Date


_____          _____
MARCOS ENRIQUEZ                        Date


_____          _____
PHIL SALERNO                           Date


_____          _____
MAC TARROSA                            Date


_____          _____
BILLY LUJAN                            Date


_____          _____
ENRICO PRIETO                          Date


_____          _____
SCOTT BERG                             Date


**(PROPOSED) CONSENT JUDGMENT & ORDER**                    **Page 10 of 13**

For the Defendants:

_____          _____
DAVID ALLEN                          Date


_____          _____
JAIME BARTON                         Date


*Frank Crouch* (signature)            July 31, 2015
FRANK CROUCH                         Date


_____          _____
MARCOS ENRIQUEZ                      Date


_____          _____
PHIL SALERNO                         Date


_____          _____
MAC TARROSA                          Date


_____          _____
BILLY LUJAN                          Date


_____          _____
ENRICO PRIETO                        Date


_____          _____
SCOTT BERG                           Date

12

For the Defendants:

_____          _____
DAVID ALLEN                                Date

_____          _____
JAIME BARTON                               Date

_____          _____
FRANK CROUCH                               Date

_____          _July 31, 2015_
MARCOS ENRIQUEZ                            Date

_____          _____
PHIL SALERNO                               Date

_____          _____
MAC TARROSA                                Date

_____          _____
BILLY LUJAN                                Date

_____          _____
ENRICO PRIETO                              Date

_____          _____
SCOTT BERG                                 Date

**(PROPOSED) CONSENT JUDGMENT & ORDER**                     Page 10 of 13

1  For the Defendants:

2

3

4  _____          _____
   DAVID ALLEN                       Date
5

6

7  _____          _____
   JAIME BARTON                      Date
8

9

10 _____          _____
   FRANK CROUCH                      Date
11

12

13 _____          _____
   MARCOS ENRIQUEZ                   Date
14

15 *Philip J Salerno*                7/29/2015
   _____          _____
   PHIL SALERNO                      Date
16

17

18 _____          _____
   MAC TARROSA                       Date
19

20

21 _____          _____
   BILLY LUJAN                       Date
22

23

24 _____          _____
   ENRICO PRIETO                     Date
25

26

27 _____          _____
   SCOTT BERG                        Date
28

1 | For the Defendants:
2
3
4 | DAVID ALLEN                                    Date
5
6
7 | JAIME BARTON                                   Date
8
9
10 | FRANK CROUCH                                  Date
11
12
13 | MARCOS ENRIQUEZ                              Date
14
15
16 | PHIL SALERNO                                  Date
17
18 | MAC TARROSA                                   7/16/15
                                                  Date
19
20
21 | BILLY LUJAN                                   Date
22
23
24 | ENRICO PRIETO                                 Date
25
26
27 | SCOTT BERG                                    Date
28

**(PROPOSED) CONSENT JUDGMENT & ORDER**                    **Page 10 of 13**

For the Defendants:

_____          _____
DAVID ALLEN                                              Date

_____          _____
JAIME BARTON                                            Date

_____          _____
FRANK CROUCH                                         Date

_____          _____
MARCOS ENRIQUEZ                                  Date

_____          _____
PHIL SALERNO                                           Date

_____          _____
MAC TARROSA                                          Date

_____          _____8- 3 -15_____
BILLY LUJAN                                             Date

_____          _____
ENRICO PRIETO                                        Date

_____          _____
SCOTT BERG                                             Date

(PROPOSED) CONSENT JUDGMENT & ORDER                    Page 10 of 13

1 | For the Defendants:

2

3

4 | _____        _____
DAVID ALLEN                                Date

5

6

7 | _____        _____
JAIME BARTON                               Date

8

9

10 | _____        _____
FRANK CROUCH                               Date

11

12

13 | _____        _____
MARCOS ENRIQUEZ                            Date

14

15

16 | _____        _____
PHIL SALERNO                               Date

17

18 | _____        _____
MAC TARROSA                                Date

19

20

21 | _____        _____
BILLY LUJAN                                Date

22

23 | _____        7-15-15
ENRICO PRIETO                              Date

24

25

26

27 | _____        _____
SCOTT BERG                                 Date

28

1  For the Defendants:

2

3

4  _____          _____
   DAVID ALLEN                                Date
5

6

7  _____          _____
   JAIME BARTON                               Date
8

9

10 _____          _____
   FRANK CROUCH                               Date
11

12

13 _____          _____
   MARCOS ENRIQUEZ                            Date
14

15

16 _____          _____
   PHIL SALERNO                               Date
17

18 _____          _____
   MAC TARROSA                                Date
19

20

21 _____          _____
   BILLY LUJAN                                Date
22

23

24 _____          _____
   ENRICO PRIETO                              Date
25

26 _____          _____
   SCOTT BERG                                 Date   July 31, 2015
27

28

**(PROPOSED) CONSENT JUDGMENT & ORDER**                              Page 10 of 13

1

_____      7-16-15
LARRY NODLAND                           Date

2

3

4

_____      _____
JESSE MENDEZ                            Date

5

6

7

_____      _____
FITZGERALD JACOBS                       Date

8

9

10

ZENITH AMERICAN SOLUTIONS

11

12

13

_____      _____
Christopher E. Parker, Esq.             Date

14

Miller & Martin, PLLC

15

Suite 2100

1180 West Peachtree Street, N.W.

16

Atlanta, GA 30309-3407

17

Attorneys for DEFENDANT
ZENITH AMERICAN SOLUTIONS

18

19

20

_____      _____
BILL LEE                                Date

21

22

23

CEMENT MASONS SO. CAL
HEALTH AND WELFARE FUND

24

TRUST, CEMENT MASONS SO. CAL.

25

PENSION TRUST, ELEVEN COUNTIES
CEMENT MASONS VACATION

26

SAVINGS PLAN TRUST,

27

CEMENT MASONS JOINT
APPRENTICESHIP TRUST, and

28

_Jesu Mery_
_____
JESSE MENDEZ

8 - 3 - 2015
_____
Date


_____
FITZGERALD JACOBS

_____
Date


ZENITH AMERICAN SOLUTIONS


_____
Christopher E. Parker, Esq.
Miller & Martin, PLLC
Suite 2100
1180 West Peachtree Street, N.W.
Atlanta, GA 30309-3407
Attorneys for DEFENDANT
ZENITH AMERICAN SOLUTIONS

_____
Date


_____
BILL LEE

_____
Date


CEMENT MASONS SO. CAL
HEALTH AND WELFARE FUND
TRUST, CEMENT MASONS SO. CAL.
PENSION TRUST, ELEVEN COUNTIES
CEMENT MASONS VACATION
SAVINGS PLAN TRUST,
CEMENT MASONS JOINT
APPRENTICESHIP TRUST, and
CEMENT MASONS SO. CAL INDIV.
RETIREMENT ACCOUNT
DEFINED CONTRIBUTION TRUST


(PROPOSED) CONSENT JUDGMENT & ORDER

Page 10 of 13

LARRY NODLAND        Date

JESSE MENDEZ        Date

FITZGERALD JACOBS        August 4, 2015
                                 Date

ZENITH AMERICAN SOLUTIONS

Christopher E. Parker, Esq.        Date
Miller & Martin, PLLC
Suite 2100
1180 West Peachtree Street, N.W.
Atlanta, GA 30309-3407
Attorneys for DEFENDANT
ZENITH AMERICAN SOLUTIONS

BILL LEE        Date

CEMENT MASONS SO. CAL
HEALTH AND WELFARE FUND
TRUST, CEMENT MASONS SO. CAL.
PENSION TRUST, ELEVEN COUNTIES
CEMENT MASONS VACATION
SAVINGS PLAN TRUST,
CEMENT MASONS JOINT
APPRENTICESHIP TRUST, and

**(PROPOSED) CONSENT JUDGMENT & ORDER**        **Page 11 of 13**

1

2  LARRY NODLAND                                    Date

3

4
   JESSE MENDEZ                                     Date
5

6

7  FITZGERALD JACOBS                                Date

8

9

10  ZENITH AMERICAN SOLUTIONS

11

12
                                                    8/6/2015
13
   Christopher E. Parker, Esq.                      Date
14  Miller & Martin, PLLC
15  Suite 2100
   1180 West Peachtree Street, N.W.
16  Atlanta, GA 30309-3407
17  Attorneys for DEFENDANT
   ZENITH AMERICAN SOLUTIONS
18

19

20
   BILL LEE                                         Date
21

22

23  CEMENT MASONS SO. CAL
   HEALTH AND WELFARE FUND
24  TRUST, CEMENT MASONS SO. CAL.
25  PENSION TRUST, ELEVEN COUNTIES
   CEMENT MASONS VACATION
26  SAVINGS PLAN TRUST,
   CEMENT MASONS JOINT
27  APPRENTICESHIP TRUST, and
28

(PROPOSED) CONSENT JUDGMENT & ORDER                Page 11 of 13

CEMENT MASONS SO. CAL. INDIV.
RETIREMENT ACCOUNT
DEFINED CONTRIBUTION TRUST

_____          7/29/15
JAIME BARTON                              Date
On Behalf of DEFENDANTS
CEMENT MASONS SO. CAL
HEALTH AND WELFARE FUND
TRUST, CEMENT MASONS SO. CAL.
PENSION TRUST, ELEVEN COUNTIES
CEMENT MASONS VACATION
SAVINGS PLAN TRUST,
CEMENT MASONS JOINT
APPRENTICESHIP TRUST, and
CEMENT MASONS SO. CAL INDIV.
RETIREMENT ACCOUNT
DEFINED CONTRIBUTION TRUST


CEMENT MASONS SOUTHERN
CALIFORNIA ADMINISTRATIVE
CORPORATION


_____          Date
Kathleen Cahill Slaught
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, CA 94105-2930
Attorneys for Defendant CEMENT
MASONS SOUTHERN CALIFORNIA
ADMINISTRATIVE CORPORATION


_____          Date
ROBERT NORLING

CEMENT MASONS SO. CAL INDIV.
RETIREMENT ACCOUNT
DEFINED CONTRIBUTION TRUST


_____     _____
JAIME BARTON                    Date
On Behalf of DEFENDANTS
CEMENT MASONS SO. CAL
HEALTH AND WELFARE FUND
TRUST, CEMENT MASONS SO. CAL.
PENSION TRUST, ELEVEN COUNTIES
CEMENT MASONS VACATION
SAVINGS PLAN TRUST,
CEMENT MASONS JOINT
APPRENTICESHIP TRUST, and
CEMENT MASONS SO. CAL INDIV.
RETIREMENT ACCOUNT
DEFINED CONTRIBUTION TRUST


CEMENT MASONS SOUTHERN
CALIFORNIA ADMINISTRATIVE
CORPORATION


_Kathleen Cahill Slaught_       _7/31/15_____
Kathleen Cahill Slaught         Date
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, CA 94105-2930
Attorneys for Defendant CEMENT
MASONS SOUTHERN CALIFORNIA
ADMINISTRATIVE CORPORATION


_____     _____
ROBERT NORLING                  Date

_(signature)_

ROBERT NORLING

7/16/15

Date

For the Plaintiff:

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

_(signature)_

DANIELLE L. JABERG
Counsel for ERISA

august 7, 2015

Date

EVAN H. NORDBY
Senior Trial Attorney

BRIAN J. SCHMIDT
Trial Attorney

NANCY STEFFAN
Trial Attorney

Attorneys for the PLAINTIFF
U.S. DEPARTMENT OF LABOR

# EXHIBIT A

# NOTICE OF WHISTLEBLOWER RIGHTS

As an employee of Zenith American Solutions, you play an important role in administering employee benefit plans.  These plans are governed by the federal Employee Retirement Income Security Act, frequently called ERISA.

From time to time, the federal government conducts investigations to determine whether benefit plans are complying with ERISA's provisions. You should know that **you have an absolute right to provide information to the government** in connection with these investigations.  ERISA prohibits employers, including Zenith, or anyone else from taking action against you because you have cooperated with an investigation.

**You also have the right to report unlawful conduct that you believe violates ERISA.**  One option you have is to report the conduct to the federal government.  Alternatively, you may bring your concerns to the attention of a Zenith manager, Human Resources or the Legal Department.  You may also anonymously contact the *ReportIt!* Hotline, which is administered by an independent party.  Consistent with Zenith's policy on non-retaliation for good-faith reporting of complaints, ERISA prohibits employers, including Zenith, or anyone else from taking action against you because you have reported unlawful conduct.

If you believe that you have faced negative consequences for cooperating with an ERISA investigation or for reporting conduct that you believe violates ERISA, or if you want to report other unlawful conduct that you believe violates ERISA, you may file a complaint with the Department of Labor online at www.askebsa.dol.gov/WebIntake/Home.aspx or by calling (866) 444-3272.  You may also report any concerns to the *Report It!* Hotline at (877) 778-5463 or online at www.reportit.net (Username: HealthPlan Password: ReportIt).