UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS E. PEREZ,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT BRAIN, et al.<br><br>　　　　Defendants. | Case No. LA CV14-03911-JAK-AGRx<br><br>**AMENDED JUDGMENT** |

On October 14, 2016, this Court issued the Final Judgment and Permanent Injunction in this action.  In the Final Judgment and Permanent Injunction, this Court entered the following permanent injunction against Defendants Scott Brain, Melissa W. Cook, and Melissa W. Cook & Associates, P.C.:

1) Defendant Brain is removed as a Trustee for any and all of the Cement Masons Southern California Trust Funds.

Defendant Brain is hereby permanently restrained and enjoined from:

(a) serving in any fiduciary capacity, including but not limited to serving as a Trustee, for any of the Cement Masons Southern California Trust Funds, their successors, or their assigns; and

(b) applying for, or accepting any fiduciary position with any ERISA-covered plan, unless in connection with such an application and prior to accepting any such position that is offered, Defendant Brain first discloses the terms of this Final Judgment and Permanent Injunction.

2) Any attorney-client relationship between the Cook Defendants, or either of them, and any of the Cement Masons Southern California Trust Funds, is terminated.

3) Defendant Melissa W. Cook, her agents, and any other person acting with her or on her behalf are hereby permanently restrained and enjoined from providing any services to any of the Cement Masons Southern California Trust Funds, their successors, or their assigns.

4) Defendant Melissa W. Cook & Associates, P.C., its owners, its officers and directors, its affiliates and subsidiaries, its employees and agents, its successors and assigns, and any other person or entity acting with it or on its behalf are hereby permanently restrained and enjoined from providing any services to any of the Cement Masons Southern California Trust Funds, their successors, or their assigns.

5) Within 14 days of the entry of this Final Judgment and Permanent Injunction, Brain shall provide notice of the Final Judgment and Permanent Injunction to all trustees, participants, and beneficiaries of the Cement Masons Southern California Trust Funds.

6) Within 14 days of the entry of this Final Judgment and Permanent Injunction, each of the Cook Defendants shall provide notice of this Final Judgment and Permanent Injunction to all owners, officers, directors, affiliates, subsidiaries, employees, and agents of Melissa W. Cook & Associates, P.C.

Defendants Scott Brain, Melissa W. Cook, and Melissa W. Cook & Associates, P.C. appealed the Final Judgment and Permanent Injunction to the United States Court of Appeal for the Ninth Circuit (the "Ninth Circuit"). On February 22, 2019, the Ninth Circuit issued its Mandate as to the appeal. In its Mandate, the Ninth Circuit vacated this Court's entry of the permanent injunction against Defendants Scott Brain, Melissa W. Cook, and Melissa W. Cook & Associates, P.C.

Accordingly, IT IS ORDERED AND ADJUDGED that the permanent injunction against Defendants Scott Brain, Melissa W. Cook, and Melissa W. Cook & Associates, P.C. set out above is VACATED in its entirety.

The remainder of the Judgment issued on October 14, 2016, by this Court remains in force. As such, IT IS FURTHER ORDERED AND ADJUDGED that, within 30 days of the date of entry of this Judgment, the Cook Defendants shall disgorge $61,480.62 to the Southern California Cement Masons Trust Funds, which is the amount of fees received as a result of work performed that was prohibited conduct, and that post-judgment interest be paid thereon as provided by 28 U.S.C. §1961;

///

///

-2-

1      IT IS FURTHER ORDERED that Plaintiff, Brain, Briceno, and the Cook Defendants shall bear his, her or its own costs.

     IT IS SO ORDERED.

Dated: March 12, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE